**United States Bankruptcy Court**
**District of South Dakota**

IN RE: Case No. _____

**Toft, Phillip Karel Jr.** _____ Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION

1. Pursuant to 11 U.S.C. § 329(a), Fed.R.Bankr.P. 2016(b), and LBR 2016-1(a), I declare that within one year of the filing of the petition herein I have been paid the following compensation by Debtor for services rendered or to be rendered in contemplation of or in connection with the case.

| | | |
|---|---|---|
| (a) Legal Fees: | $ | **665.00** |
| (b) Sales Tax, Filing Fee, Other Costs: | + $ | **335.00** |
| (c) Total: | = $ | **1,000.00** |
| (d) I have received: | - $ | **1,000.00** |
| (e) I am still owed: | = $ | **0.00** |

2. In return for the compensation set forth in ¶ 1(c) above, I have rendered or have agreed to render the following legal services (check all that apply):

   ☑ analyzing the debtor's financial situation and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   ☑ preparing and filing the debtor's petition, schedules, and statement of financial affairs; and

   ☑ representing the debtor at the meeting of creditors.

3. I have not shared or agreed to share my fees with anyone who is not a member or an associate of my law firm.

Dated: **June 2, 2015** _____    */s/ Wesley D Schmidt* _____

**Wesley D Schmidt**
**Wesley D.Schmidt⬜⬜⬜⬜⬜RÁÙ[zÝ-ND.Schmid**
**PO Box 84914**
**Sioux Falls, SD  57118**
**(605) 334-8437**
**wdsaschmidt@yahoo.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only